# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

    **Plaintiff,**

**v.**     Case No. 04-20132-01-JWL
            07-2519-JWL

**SHAKIR ABDUSH-SHAKUR,**

    **Defendant.**

## MEMORANDUM & ORDER

On October 22, 2007, Mr. Abush-Shakur filed an application for appointment of counsel. The request is denied as there is no constitutional right to appointed counsel to pursue a collateral attack on conviction, for "the right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *see also Tapia v. Lemaster*, 172 F.3d 1193, 1196 (10th Cir. 1999) (no constitutional right to counsel exists in habeas proceedings). Rather, a defendant is entitled to the appointment of counsel only when an evidentiary hearing is required on the defendant's § 2255 petition. *See* Rule 8(c) of the Rules Governing § 2255 Proceedings ("If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A."). The court will revisit his request for appointed counsel if Mr. Abdush-Shakur demonstrates in his petition the need for an evidentiary hearing.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion to appoint counsel (doc. 96) is denied.

**IT IS SO ORDERED**.

Dated this 29th day of October, 2007, at Kansas City, Kansas.

                                           s/ John W. Lungstrum
                                           John W. Lungstrum
                                           United States District Judge